RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

DYLAN C. CERLING
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:   (202) 616-3395
Facsimile:    (202) 307-0054
dylan.c.cerling@usdoj.gov

*Of Counsel:*
BILLY J. WILLIAMS
United States Attorney, District of Oregon

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KAREN J. PARK, a/k/a KAREN J. BUEHLER<br><br>  Defendant. | Case No. 18-cv-1904<br><br>**COMPLAINT** |

The United States of America complains and alleges as follows:

1. This is a civil action brought by the United States of America to reduce to judgment the outstanding federal tax liabilities and civil penalties

Complaint
(Case No. 18-cv-1904)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

that were assessed against Ms. Karen J. Park's (a/k/a Karen J. Buehler).

## JURISDICTION AND VENUE

2. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401.

3. The Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4. Venue is proper in the District of Oregon under 26 U.S.C. § 1391(b)(1), because, on information and belief, Karen J. Park lives in the District of Oregon.

## DEFENDANTS

5. The United States realleges paragraphs 1 through 4.

6. Karen J. Park currently lives in the District of Oregon. She is made a party to this suit because she has unpaid federal tax assessments that the United States seeks to reduce to judgment.

## TAX LIABILITIES AND THE TOLLING OF THE COLLECTION STATUTE

7. The United States realleges paragraphs 1 through 6.

8. On the dates set forth below, a duly authorized delegate of the Secretary of the Treasury made assessments against Karen Park as follows:

Complaint
(Case No. 18-cv-1904)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

| Type of Tax | Tax Period | Assessment Date | Assessment Amount[1] | | Estimated Unpaid Balance As Of October 15, 2018[2] |
|---|---|---|---|---|---|
| 1040 | 2005 | 10-1-2007<br>10-1-2007<br>10-1-2007<br>10-1-2007<br>10-1-2007 | T<br>P3<br>P1<br>P2<br>I | $20,634.00<br>$828.00<br>$4,642.65<br>$1,857.06<br>$2,884.72 | $50,809.23 |
| 1040 | 2006 | 09-24-2007<br>09-24-2007<br>09-24-2007<br>03-31-2008<br>02-13-2017 | T<br>P2<br>I<br>F<br>F | $19,157.00<br>$573.51<br>$690.90<br>$10.00<br>$30.00 | $35,691.21 |
| 1040 | 2007 | 06-16-2008<br>06-16-2008<br>06-16-2008<br>06-16-2008<br>06-23-2008<br>12-27-2010<br>04-06-2015 | T<br>P3<br>P2<br>I<br>I<br>F<br>F | $36,003.00<br>$761.00<br>$478.45<br>$325.83<br>$38.42<br>$35.00<br>$40.00 | $55,032.74 |
| 1040 | 2008 | 06-01-2009<br>06-01-2009<br>06-01-2009<br>09-06-2010<br>11-07-2011<br>11-25-2013<br>11-24-2014 | T<br>P2<br>I<br>F<br>P2<br>I<br>I | $22,609.00<br>$96.09<br>$49.62<br>$10.00<br>$2,219.16<br>$1,705.32<br>$392.94 | $15,451.56 |
| 1040 | 2009 | 11-22-2010<br>11-22-2010<br>11-22-2010<br>11-22-2010<br>02-07-2011<br>11-25-2013<br>11-25-2013 | T<br>P3<br>P2<br>I<br>F<br>I<br>P2 | $13,432.00<br>$312.02<br>$521.28<br>$319.46<br>$25.00<br>$1,436.64<br>$2,345.76 | $21,938.77 |

---

[1] T—tax assessed; F—fees and collection costs; P1—late return filing penalty, 26 U.S.C. §6651(a)(1); P2—failure to timely pay tax penalty, 26 U.S.C. §6651(a)(2) & (a)(3); P3—penalty for not pre-paying estimated tax; P4—fraud penalty, § 6663; I—interest assessed, or reduced and removed previous interest credited; F—Fees and collection costs.

[2] Includes assessments and payments to date. Does not include accrued but unassessed interest and statutory additions

Complaint
(Case No. 18-cv-1904)                                3                    **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

| | | | | | |
|---|---|---|---|---|---|
| | | 11-24-2014 | I | $546.39 | |
| | | 11-24-2014 | P2 | $390.96 | |
| 1040 | 2010 | 06-20-2011 | T | $9,883.00 | $15,367.31 |
| | | 06-20-2011 | P3 | $203.36 | |
| | | 06-20-2011 | P2 | $142.24 | |
| | | 06-20-2011 | I | $68.83 | |
| | | 11-14-2011 | F | $25.00 | |
| | | 11-25-2013 | I | $780.72 | |
| | | 11-25-2013 | P2 | $1,375.04 | |
| | | 11-24-2014 | I | $366.80 | |
| | | 11-24-2014 | P2 | $568.98 | |
| 1040 | 2011 | 04-02-2012 | T | $10,386.00 | $11,487.36 |
| | | 04-02-2012 | P3 | $101.38 | |
| | | 11-25-2013 | I | $372.29 | |
| | | 11-25-2013 | P2 | $741.40 | |
| | | 11-24-2014 | I | $262.05 | |
| | | 11-24-2014 | P2 | $444.84 | |
| 1040 | 2012 | 05-27-2013 | T | $9,793.00 | $14,593.63 |
| | | 05-27-2013 | P3 | $175.58 | |
| | | 05-27-2013 | P2 | $97.93 | |
| | | 05-27-2013 | I | $33.86 | |
| 1040 | 2013 | 06-09-2014 | T | $4,521.00 | $6,474.78 |
| | | 06-09-2014 | P2 | $45.21 | |
| | | 06-09-2014 | I | $20.48 | |
| 1040 | 2017 | 06-18-2018 | T | $11,300.00 | $10,234.61 |
| | | 06-18-2018 | P3 | $224.96 | |
| | | 06-18-2018 | P2 | $140.94 | |
| | | 06-18-2018 | I | $82.73 | |
| | | | F | $40.00 | |
| **TOTAL** | | | | | $237,081.20 |

9. On April 28, 2008, Karen Park submitted an offer in compromise for the 2005, 2006, and 2007 tax years, which was rejected by the IRS on July 6, 2009, 434 days later.

10. The IRS collection statutes for the 2005 and 2006 tax years were tolled during the period described in paragraph 9, plus an additional 30 days. 26 U.S.C. §§ 6331(k)(1) & 6331(i)(5).

Complaint
(Case No. 18-cv-1904)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

11. Because Karen Park submitted an offer in compromise for the 2007 tax year before the liabilities for that year had been assessed, the collection statute for the 2007 tax year was tolled from the date of assessment until the offer in compromise's rejection on July 6, 2009, plus thirty days. 26 U.S.C. §§ 6331(k)(1) & 6331(i)(5).

12. The period for collection of the assessments described in paragraph 8, above, has not expired, and this action is not barred by 26 U.S.C. § 6502.

13. Karen Park failed to pay in full the above tax liabilities despite notice and demand for payment. Pursuant to 26 U.S.C. § 6321, statutory liens arose against all property and rights to property owned by Karen Park at the time of the assessments.

14. Despite timely notice and demand for payment of the assessments described above, Karen Park neglected or refused to make payment to the United States, and there remains due and owning on those assessments, together with accrued but unassessed statutory interest and other additions, the amount of $237,081.20 as of October 15, 2018, plus statutory interest and accruals after that date.

## COUNT I: REDUCE TO JUDGMENT FEDERAL TAX AND PENALTY ASSESSMENTS AGAINST KAREN PARK

15. The United States reasserts the allegations made in paragraphs 1 through 15, above.

Complaint
(Case No. 18-cv-1904)

5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

...

16. On the dates, in the amounts, and for the tax periods set forth in paragraph 8 above, a duly authorized delegate of the Secretary of the Treasury made assessments against Defendant Karen Park, for unpaid federal income taxes, penalties, and interest.

17. Despite timely notice and demand for payment of the assessments described above, Karen Park has neglected, refused, or failed to pay the assessments and there remains due and owing to the United States on those assessments the amount of $237,081.20, plus statutory interest and accruals after that date.

18. Under 26 U.S.C. § 7402(a), the United States is entitled to a judgment against Karen Park for the unpaid balance of the assessed amounts described above, plus statutory interest and any other additions accruing to the date of payment.

WHEREFORE the United States prays as follows:

   a. That judgment be entered against defendant Karen Park for unpaid federal income taxes and penalties for the 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, and 2017 tax years, in the amount of $237,081.20 as of October 15, 2018, plus statutory interest and accruals after that date.

   b. That the United States be granted such other relief as the court deems just and proper, including fees and costs as allowed by law.

Complaint
(Case No. 18-cv-1904)

6

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

Dated this 31st day of October, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Dylan Cerling*
DYLAN CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:   (202) 616-3395 (Cerling
Facsimile:   (202) 307-0054
dylan.c.cerling@usdoj.gov

Of Counsel:
BILLY J. WILLIAMS
U.S. Attorney, District of Oregon

*Attorneys for the United States*

Complaint
(Case No. 18-cv-1904)

7

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS<br>United States of America | DEFENDANTS<br>Karen J. Park |
|---|---|
| (b) County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant  Clackamas<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Dylan Cerling, US Dep't of Justice, Tax Division<br>PO Box 683, Washington, DC 20044<br>202-616-3395, dylan.c.cerling@usdoj.gov | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question  *(U.S. Government Not a Party)*
- ☐ 4  Diversity  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:**<br>☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 7402(a)

Brief description of cause:
Reduce tax liabilities to judgment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**  237,081.20

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*:
JUDGE _____   DOCKET NUMBER _____

DATE  10-31-18

SIGNATURE OF ATTORNEY OF RECORD  /s/ Dylan Cerling

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
   (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
   (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | |
| v. | | Civil Action No. |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: